UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

Eric Brand,

PLAINTIFF(S)

v.

City of Barstow et al,

DEFENDANT(S).

CASE NUMBER

5:17-cv-01679-SVW-SHK

**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**

This action having been tried before the Court sitting with a jury, the Honorable STEPHEN V. WILSON, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Eric Brand

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Nathanial Arias, Rudy Perez, Scott Johnston, Ugo Carlos

recover of the plaintiff(s) its costs of action, taxed in the sum of To be determined by motion.

Clerk, U. S. District Court

Dated: 6/6/18

By *Paul M. Cruz*
Paul M., Cruz, Deputy Clerk

At: Los Angeles, California

cc: Counsel of record

CV-44 (11/96)      JUDGMENT ON THE VERDICT FOR DEFENDANT(S)